UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | : : : : : : |

Plaintiffs,                          :

-against-                          :

RUDRA JALEM,                          :
                                      x
                              Defendant.

---------------------------------------------------------------- 

Civil Action No.:

**JUDGE KARAS**

**08 CIV. 4823**

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French company.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.



Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Dated: New York, New York
      May 20, 2008

By: _____
      Brian E. Moran (BM-8573)
      Victor B. Kao (VK-6967)
      Robinson & Cole LLP
      885 Third Avenue, Suite 2800
      New York, NY 10022-4834
      Telephone: (212) 451-2900
      Fax: (212) 451-2999