AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ~ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 08CV4823   DATE FILED MAY 23 2008 | United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |

| PLAINTIFF | DEFENDANT |
|---|---|
| INTERSCOPE RECORDS; BMG MUSIC; ATLANTIC RECORDING CORPORATION; WARNER BROS. RECORDS INC.; and SONY BMG MUSIC ENTERTAINMENT | RUDRA JALEM |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## RUDRA JALEM

**IP Address:** 151.205.174.21 2004-09-08 00:08:52    **CASE ID#** 10489631A

**P2P Network:** iMesh    **Total Audio Files:** 938

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | No Doubt | Excuse Me Mr. | Tragic Kingdom | 206-724 |
| BMG Music | Foo Fighters | Breakout | There Is Nothing Left To Lose | 285-034 |
| Atlantic Recording Corporation | Taproot | Emotional Times | Gift | 305-703 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Breaking the Girl | Blood Sugar Sex Magik | 135-276 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Sullen Girl | Tidal | 227-923 |